United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LAMONT EVANS,
Plaintiff,

v.

LA COUNTY JAIL,
Defendant.

Case No. 26-cv-02254-PCP

**ORDER OF DISMISSAL**

On March 11, 2026, the Clerk of the Court sent notices to Plaintiff. Dkt. Nos. 2–3. The notices informed Plaintiff that he needed to send an *in forma pauperis* ("IFP") application to the Court before this lawsuit could proceed. *See id*. This mail was returned undelivered on April 17, 2026 with a notation that Plaintiff was not at the address provided. Dkt. No. 4.

The Clerk's notices were sent to Plaintiff at the address he provided. *See* Dkt. Nos. 1–3. Plaintiff has not provided any address other than the address to which the undeliverable mail was sent. *See generally* Dkt. More than sixty days have passed since the mail was returned to the Court undelivered, and the Court has received no communication from Plaintiff.

Plaintiff has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send written notice of his current address within sixty days of the return of the undelivered mail.

This action is DISMISSED without prejudice because Plaintiff failed to keep the Court informed of his address in compliance with Local Rule 3-11(a).

United States District Court
Northern District of California

Because this dismissal is without prejudice, Plaintiff may ask to reopen the action. To do this, he must file a complete IFP application in accordance with the Clerk's notices **and** a motion with the words MOTION TO REOPEN written on the first page.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 16, 2026

P. Casey Pitts
United States District Judge